UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RUBEN E. VASQUEZ,

        Plaintiff,

  v.

THOMAS FELKER et al,

        Defendant.

Case Number: CV07-04250 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 28, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ruben Vasquez
T-95390/ C1-116 U
High Desert State Prison
PO Box 3030
Susanville, CA 96127-3030

Attorney General's Office
455 Golden Gate Ave
San Francisco, CA 94102

Dated: August 28, 2007

                      Richard W. Wieking, Clerk
                      By: D. Toland, Deputy Clerk