EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PAMELA K. CRITCHFIELD
Deputy Attorney General
JOHN H. DEIST, State Bar No. 136469
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5855
 Fax:  (415) 703-1234
 Email:  John.Deist@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RUBEN E. VASQUEZ,**<br><br>                              Petitioner,<br><br>       v.<br><br>**THOMAS FELKER, Warden,**<br><br>                              Respondent. | C 07-4250 WHA (PR)<br><br>**ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

Respondent hereby provides this answer to the petition for writ of habeas corpus and order to show cause.

## I.

## **CUSTODY**

Petitioner is a state prisoner lawfully in state custody pursuant to his conviction in the California superior court for first degree murder with special circumstances.

**II.**

**PROCEDURAL ISSUES**

Petitioner has exhausted state remedies by presenting his claims to the California Supreme Court. The petition is timely within the meaning of 28 U.S.C. § 2244.

**III.**

**DENIAL OF CLAIMS**

Respondent denies petitioner's claims on the merits.

**IV.**

**INCORPORATION BY REFERENCE**

Respondent hereby incorporates by reference the accompanying memorandum of points and authorities in support of this answer.

**V.**

**AVAILABLE STATE RECORDS**

Respondent is lodging as exhibits in support of this answer the following relevant portions of the state records: Clerk's Transcript on Appeal (Exhibit 1), Reporter's Transcript on Appeal (Exhibit 2), Juror Questionnaires (Exhibit 3), Appellant Vasquez's Opening Brief on Appeal (Exhibit 4), Appellant Le's Opening Brief on Appeal (Exhibit 5), Respondent's Brief on Appeal (Exhibit 6), California Court of Appeal Opinion (Exhibit 7), Petition for Review to the California Supreme Court (Exhibit 8), California Supreme Court Docket Sheet (Exhibit 9).

**VI.**

**CONCLUSION**

Respondent respectfully requests that the petition for writ of habeas corpus be denied.

1  Dated: October 29, 2007

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
   Attorney General of the State of California

4  DANE R. GILLETTE
   Chief Assistant Attorney General

5  GERALD A. ENGLER
   Senior Assistant Attorney General

6

7  PAMELA K. CRITCHFIELD
   Deputy Attorney General

8

9  /S/

10

11 JOHN H. DEIST
   Deputy Attorney General
   Attorneys for Respondent

12

13
   20110976.wpd
14 SF2007402360

Answer to Petition for Writ of Habeas Corpus, *Vasquez v. Felker*, C 07-4250 WHA (PR)

3

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Vasquez v. Felker*

No.:    **C 07-4250 WHA (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On October 29, 2007, I served the attached **(1) ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS; (2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS; (3) NOTICE OF LODGING OF, AND INDEX TO, EXHIBITS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Ruben Vasquez**
**T-95390/ C1-116 U**
**High Desert State Prison**
**P.O. Box 3030**
**Susanville, CA 96127-3030**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 29, 2007, at San Francisco, California.

|  Susan Chiang  |             |
|  ------------  | ----------- |
|  Declarant     |  Signature  |

20111514.wpd