1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PAMELA K. CRITCHFIELD
   Deputy Attorney General
5  JOHN H. DEIST, State Bar No. 136469
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5855
     Fax:  (415) 703-1234
8    Email:  John.Deist@doj.ca.gov

9  Attorneys for Respondent

10

11              IN THE UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION

14

   **RUBEN E. VASQUEZ,**                    C 07-4250 WHA (PR)
15
                          Petitioner,     **NOTICE OF LODGING OF,**
16                                         **AND INDEX TO, EXHIBITS**

17        **v.**

   **THOMAS FELKER, Warden,**
18
                          Respondent.
19

20        Respondent is lodging as exhibits in support of this answer the following relevant

21  portions of the state records: Clerk's Transcript on Appeal (Exhibit 1), Reporter's Transcript on

22  Appeal (Exhibit 2), Juror Questionnaires (Exhibit 3), Appellant Vasquez's Opening Brief on

23  Appeal (Exhibit 4), Appellant Le's Opening Brief on Appeal (Exhibit 5), Respondent's Brief on

24  Appeal (Exhibit 6), California Court of Appeal Opinion (Exhibit 7), Petition for Review to the

25  California Supreme Court (Exhibit 8), California Supreme Court Docket Sheet (Exhibit 9).

26

27

28

   Notice of Lodging of, and Index to, Exhibits, *Vasquez v. Felker*,  C 07-4250 WHA (PR)

1    Dated:  October 29, 2007

2                                        Respectfully submitted,

3                                        EDMUND G. BROWN JR.
                                         Attorney General of the State of California

4                                        DANE R. GILLETTE
                                         Chief Assistant Attorney General
5
                                         GERALD A. ENGLER
6                                        Senior Assistant Attorney General

7                                        PAMELA K. CRITCHFIELD
                                         Deputy Attorney General
8
                                         /S/
9

10
                                         JOHN H. DEIST
11                                       Deputy Attorney General
                                         Attorneys for Respondent
12

13
     20110996.wpd
14   SF2007402360

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Lodging of, and Index to, Exhibits, *Vasquez v. Felker*,  C 07-4250 WHA (PR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Vasquez v. Felker*

No.:   **C 07-4250 WHA (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>October 29, 2007</u>, I served the attached **(1) ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS; (2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS; (3) NOTICE OF LODGING OF, AND INDEX TO, EXHIBITS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Ruben Vasquez**
**T-95390/ C1-116 U**
**High Desert State Prison**
**P.O. Box 3030**
**Susanville, CA 96127-3030**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 29, 2007, at San Francisco, California.

|  |  |
|---|---|
| Susan Chiang | |
| Declarant | Signature |

20111514.wpd