*Notice of Change of Address*

Sept. 10, 2008

To the District Court Clerk:

This letter is to notify the District Court of my recent address change, which is as follows:

    RUBEN VASQUEZ T-95390
    C.S.A.T.F/S.P.  C1 209L
    P.O. BOX 5246
    CORCORAN, CA., 93212-5246.

I also would like to enquire on the status of my appeal, case number: CV07-04250 WHA.

Thank you for your cooperation in this matter.

Sincerely,

Ruben E. Vasquez
RUBEN E. VASQUEZ

Ruben Vasquez T-95390
C1-209L
CSATF/SP
P.O. Box 5246
Corcoran, CA., 93212

RE: Notice of Change of Address

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA., 94102